# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROWN,<br><br>             Plaintiff,<br><br>       v.<br><br>PROPERTY AND CASUALTY<br>INSURANCE COMPANY OF HARTFORD,<br><br>             Defendant. | Case No.  1:20-cv-00186-SAB<br><br>ORDER CONTINUING MANDATORY<br>SCHEDULING CONFERENCE TO MAY 28,<br>2020 |

Carolyn Brown ("Plaintiff") is appearing *pro se* in this action which Property and Casualty Insurance Company of Hartford ("Defendant") removed to the Eastern District of California.  A mandatory scheduling conference is currently set for May 19, 2020, at 9:30 a.m. in Courtroom 9.  The parties have filed the joint scheduling report as required by the Court's mandatory scheduling order.

To address a conflict in the Court's schedule, the mandatory scheduling conference shall be continued to May 28, 2020.  Further, Plaintiff is advised that, although the mandatory scheduling order required her personal appearance at the scheduling conference, due to COVID-19, the courthouse is currently closed to the public until further notice by General Order 618. Therefore, **Plaintiff shall appear telephonically at the scheduling conference by calling 877-336-1280 and entering the access code 1198646 # then #.**

/ / /

1

1     Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference is

2   CONTINUED to **May 28, 2020, at 10:30 a.m.** in Courtroom 9.

3

4   IT IS SO ORDERED.

5   Dated:   **May 14, 2020**

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28