# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00186-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE REQUESTED SUMMONS<br><br>(ECF No. 26) |

On August 5, 2020, the Court granted Defendant's motion for leave to file a cross-complaint and ordered Defendant to file the complaint within three days. (ECF No. 24.) On August 5, 2020, Defendant filed a counterclaim and third-party complaint. (ECF No. 25.)[1] Defendant also filed a request for an issuance of summons on the third-party complaint. (ECF No. 26.)

///

///

///

///

---

[1] While the Defendant's motion was entitled a motion for leave to file a cross-complaint, the document attached to the motion and subsequently filed is a counterclaim and third-party complaint for declaratory relief. (ECF No. 22-1 at 2; ECF No. 25.)

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to grant Defendant's request filed August 5, 2020 (ECF No. 26) and issue the summons on the third-party complaint.

IT IS SO ORDERED.

Dated: **August 7, 2020**

UNITED STATES MAGISTRATE JUDGE