1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROWN, | Case No. 1:20-cv-00186-SAB |
| Plaintiff and Counter-Defendant, | ORDER RE PLAINTIFF CAROLYN BROWN'S OBJECTION LETTER FILED WITH COURT |
| v. | (ECF No. 44) |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | |
| Defendant and Counterclaimant. | |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | |
| Third Party Plaintiff, | |
| v. | |
| MECCA MORGAN, | |
| Third Party Defendant. | |

On March 1, 2021, the Court received a letter from Plaintiff Carolyn Brown ("Brown"), dated February 26, 2021, along with copies of emails and a doctor's receipt. (ECF No. 44.)[1] Given the date of the letter, the content of the letter, and the technical difficulties Brown had in

---

[1] While the letter was stamped and filed as received on March 1, 2021, the filing was not entered on the docket for this case until March 3, 2021.

attending a hearing on February 24, 2021, the letter appears to be a direct response to the Court's hearing held on February 24, 2021, on Defendant's motion to extend the discovery deadlines to allow for Defendant to complete depositions.  The letter states Brown is writing in response to the Court's "decision to demand that [she] show up to the deposition," and explains she was too ill to attend the deposition.

The Court clarifies to Plaintiff Brown that the Court did not yet order that Plaintiff Brown must appear for any specific deposition.  On February 24, 2021, the Court held a hearing on Defendant's motion to modify the scheduling order to extend the deadline to complete depositions.  The Court granted Defendant's motion and extended the deadline to complete depositions, and also scheduled a hearing on Defendant's motion to compel Plaintiff Brown's deposition testimony for March 10, 2021 at 10:00 a.m., to be held via Zoom videoconference.

In other words, the hearing on the Defendant's request to have the Court demand Plaintiff appear for a deposition will be held on March 10, 2021.  **Plaintiff Carolyn Brown is reminded that she must file any opposition to Defendant's motion to compel deposition testimony on or before March 8, 2021.  The March 10, 2021 hearing shall be held by Zoom videoconference, and Plaintiff may attend the hearing through the following options:**

1.     The Meeting ID for the Zoom videoconference is 160 596 6050, and the Passcode is 021649;

2.     The direct videoconference link for the hearing is: https://www.zoomgov.com/j/1605966050?pwd=Mk1JbDBlTDErN3liQ0Q2U082 OFEwUT09; or

3.     Alternatively, the hearing can be accessed through any of the following telephone numbers: +1 669 254 5252; or +1 551 285 1373; or +1 669 216 1590.

IT IS SO ORDERED.

Dated:   **March 3, 2021**

_____
UNITED STATES MAGISTRATE JUDGE