# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROWN,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>    Defendant and Counterclaimant.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>MECCA MORGAN,<br><br>    Third Party Defendant. | Case No. 1:20-cv-00186-SAB<br><br>ORDER RE DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION<br><br>ORDER VACATING MARCH 25, 2021 HEARING<br><br>(ECF Nos. 51, 52) |

    On March 11, 2021, Defendant filed a motion to compel written discovery from Plaintiff Carolyn Brown ("Brown") and Third Party Defendant Mecca Morgan ("Morgan") that is currently set for hearing on March 25, 2021. (ECF No 51.) On March 24, 2021, Defendant filed a notice of withdrawal of the motion to compel. (ECF No. 52.) Defendant indicates that while

Brown and Morgan have not yet provided executed verifications, they have provided signed responses to the interrogatories, and produced additional documents. (Id.) Defendant's notice of withdrawal specifies it is reserving its right to seek exclusion of evidence at trial that should have been included in the responses or that should have been previously disclosed. (Id.)

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel written discovery (ECF No. 51) is WITHDRAWN; and

2. The hearing scheduled for March 25, 2021, at 10:00 a.m., is VACATED and the parties will not have to appear at such time.

IT IS SO ORDERED.

Dated: __March 24, 2021__

    UNITED STATES MAGISTRATE JUDGE