# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROWN,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　Defendant and Counterclaimant.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　Third Party Plaintiff,<br><br>　v.<br><br>MECCA MORGAN,<br><br>　　　　Third Party Defendant. | Case No. 1:20-cv-00186-SAB<br><br>ORDER STRIKING UNSIGNED RESPONSE TO ATTORNEY ANDREW B. DOWNS HARTFORD GROUP ATTORNEY FOR SETTLEMENT REQUEST<br><br>(ECF No. 63) |

On June 7, 2021, Plaintiff Carolyn Brown filed a "Response to Attorney Andrew B. Downs Hardford [sic] Group Attorney for Settlement Request" that was unsigned. Unsigned documents cannot be considered by the Court.

1

Accordingly, the unsigned response (ECF No. 63) is HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated:   **June 9, 2021**

UNITED STATES MAGISTRATE JUDGE