1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
## EASTERN DISTRICT OF CALIFORNIA
10

11 | CAROLYN BROWN,

12            Plaintiff and Counter-Defendant,

13      v.

14
15 PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,

16            Defendant and Counterclaimant.

17
18

19 PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,

20            Third Party Plaintiff,

21      v.

22 MECCA MORGAN,

23            Third Party Defendant.

24

Case No.  1:20-cv-00186-SAB

ORDER STRIKING UNSIGNED RESPONSE TO ATTORNEY ANDREW B. DOWNS HARTFORD GROUP ATTORNEY FOR SETTLEMENT REQUEST

(ECF No. 63)

25
26        On June 7, 2021, Plaintiff Carolyn Brown filed a "Response to Attorney Andrew B.
27 Downs Hardford [sic] Group Attorney for Settlement Request" that was unsigned.  Unsigned
28 documents cannot be considered by the Court.

1      Accordingly, the unsigned response (ECF No. 63) is HEREBY STRICKEN from the

2  record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

3

4  IT IS SO ORDERED.

5  Dated:   **June 9, 2021**

UNITED STATES MAGISTRATE JUDGE